IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00728-GCM

| | |
|---|---|
| KITCHEN & ASSOCIATES SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAVEN CAMPUS COMMUNITIES, <br><br> Defendant. | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. Pursuant to Local Civil Rule 83.1, counsel for Defendant Haven Campus Communities, Mr. Matthew S. Rogers, must associate local counsel and file a motion seeking *pro hac vice* admission. The Court has entered two prior notices regarding this requirement. Therefore, the Court hereby orders that Defendant Haven Campus Communities shall comply with Local Civil Rule 83.1 by or before February 10, 2021.

**SO ORDERED.**

Signed: January 27, 2021

Graham C. Mullen
United States District Judge